IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LLOYD H. PETERSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>　　　　Defendant. | Civil No. CV 23-00103-BLG-SPW<br><br><br><br>ORDER |

Upon the Defendant's Unopposed Motion to Strike and Replace the Certified Administrative Record (Doc. 16), and for good cause being shown,

**IT IS HEREBY ORDERED** that the Defendant's Motion (Doc. 16) is **GRANTED**. The Defendants shall file a replacement Certified Administrative Record.

**IT IS FURTHER ORDERED** that the Clerk of Court shall remove the previously filed Administrative Record (Doc. 3).

DATED this 20th day of March, 2024.

_____
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1